IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRIAN DONALD MOLANDERS | § | |
| VS. | § | CIVIL ACTION NO. 9:14-CV-155 |
| CHARLEY ELLIS WEAVER, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brian Donald Molanders, a prisoner confined at the John Lightfoot Law Enforcement Center, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Charley Ellis Weaver, Jason Bridges, and Stephen Godfrey.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**It is SO ORDERED.**

**SIGNED this 29th day of June, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE